

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00174-CV

In the Interest of J. R. M., a Child

On Appeal from the
347th District Court of Nueces County, Texas
Trial Cause No. 2012-FAM-4948-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

April 30, 2020